**Gradual TAYLOR, Plaintiff–Appellee,**

v.

**Cheryl HART, Defendant–Appellant,**

**City of Cincinnati Police, Defendant.**

No. 04–3419.

United States Court of Appeals,
Sixth Circuit.

July 19, 2005.

Before MOORE and COOK, Circuit Judges; GWIN,* District Judge.

PER CURIAM.

Finding that Gradual Taylor, proceeding pro se, sufficiently alleged facts—arrest and prosecution without probable cause based on the purposeful and malicious filing of a false police report—that, when viewed in a light most favorable to him, make out a Fourth Amendment violation by Officer Hart and obviate her entitle-

---

* The Honorable James S. Gwin, United States District Judge for the Northern District of Ohio, sitting by designation.

ment to qualified immunity (regardless of the fine contours of such a claim in this circuit at the time of the maliciously false report), we affirm the judgment of the district court and remand for further proceedings.